IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00715-MSK-OES

WILLIAM W. DUNLAP,

    Plaintiff,

v.

KRISTEN BUCKLEY, 1st Police Officer,
MARCUS LEHMKUHL, 2nd Police Officer,
ERIC REED, 3rd Police Officer,

    Defendants.

## ORDER DENYING MOTIONS AND REJECTING PETITION

THIS MATTER comes before the Court on two documents filed by the Plaintiff entitled "Motion to Dismiss Sham Proceeding Based on False Allegations" **(#6)** and "Notice of Hearing" **(#8)**. The Plaintiff has also submitted a petition seeking habeas relief under 28 U.S.C. § 2254. Such petition was not filed in the Court file because it purports to commence a separate civil action. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

On June 3, 2005, Judge Zita Weinshienk issued an Order dismissing most of the Plaintiff's claims against most of the Defendants. All that remains is the Plaintiff's excessive force claim against three Defendants, which he asserts pursuant to 42 U.S.C. § 1983.

The Plaintiff has filed two motions **(#6, #8)** asking the Court to hold a hearing, but neither specifies why a hearing should be held. The first motion also asks the Court to dismiss a "sham proceeding" which is not identified in the motion. The Plaintiff has not established that a hearing of any kind is necessary.

If the Plaintiff desires to commence a habeas corpus action under 28 U.S.C. § 2254, he must commence a separate action. He cannot pursue habeas relief in the context of this pending litigation.

**IT IS THEREFORE ORDERED** that:

(1) The "Motion to Dismiss Sham Proceeding Based on False Allegations" **(#6)** and "Notice of Hearing" **(#8)** are **DENIED**.

(2) The petition submitted by the Plaintiff on June 9, 2005 is **REJECTED**.

Dated this 1st day of July, 2005.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*

                                              Marcia S. Krieger
                                              United States District Judge