IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00715-MSK-OES

WILLIAM W. DUNLAP,

    Plaintiff,

v.

KRISTEN BUCKLEY, 1st Police Officer,
MARCUS LEHMKUHL, 2nd Police Officer,
ERIC REED, 3rd Police Officer,

    Defendants.

---

**ORDER GRANTING MOTION TO DISMISS (#25) AND
DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE**

---

THIS MATTER comes before the Court on the Plaintiff's motion **(#25)** to dismiss his claims without prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff could have filed a notice of dismissal because no party has filed an Answer or summary judgment motion.

**IT IS THEREFORE ORDERED** that the Plaintiff's motion **(#25)** to dismiss is **GRANTED**. The Plaintiff's claims are dismissed, without prejudice. The Clerk of Court is directed to close this case.

Dated this 27th day of September, 2005.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge