## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

May 2, 2009

Civil Action No: 09-cv-00597-ZLW
Civil Action No: 09-cv-00597-BNB
Civil Action No: 1:05-cv-00715-MSK-MJW
Civil Action No: 05-OES-715

**WILLIAM W. DUNLAP**, Plaintiff,

V.

**WILLFUL WRONGDOERS**,
United States of America,
United States Government,
United States Attorney,
Colorado Springs Police Department,
Colorado Department of Revenue,
Internal Revenue Service,
Berkshire Apartments,
U.S. Department of Education,
Cricket Communications,
El Paso Combined 4th Judicial District Court,
State of Colorado,
Gregory C. Langham,
Zita L. Weinshienk,
Boyd N. Boland,
John Does, to be joined to this Civil Action,
Et Al., Defendants.

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 6 - 2009

GREGORY C. LANGHAM
CLERK
BY_____

---

### ORDER FOR CONTEMPT OF COURT
### AND OBJECTION TO APR 30, 2009 JUDGMENT ON RULE 5.
### PRELIMINARY PROCEEDINGS IN VIOLATION OF
### TITLE 28 U.S.C. 1443(1)(2).

---

Contempt of court depriving several filed civil actions that have been certified mailed Label#: 70070710000270231878 on Aug 30, 2007 Evidence which was destroyed by Gregory C. Langham, and interference with court filings and motion orders.

Interference of Criminal and Civil sanctions against the United States of America, United States Government, United States Attorney, Colorado Springs Police Department, Colorado Department of Revenue, Internal Revenue Service, Berkshire Apartments, U.S. Department of Education, Cricket Communications, El Paso Combined 4th Judicial District Court, State of Colorado, Gregory C. Langham, Zita L. Weinshienk, Boyd N. Boland, and others.

Mr. Dunlap's Motion and Affidavit for leave to proceed was approved already.

Mr. Dunlap was granted an ORDER to proceed without payment of filing fees and costs.

Mr. Dunlap already paid a filing fees and costs.

Mr. Dunlap did not have any deficiencies under Rule 8.

Mr. Dunlap has not failed to communicate with this court because it ignores simple concise filings.

Mr. Dunlap's motions and orders have been dismissed without prejudiced already because his counsel practices unauthorized practices of law and robbed him of his retainers and did not show for court hearings.

Mr. Dunlap filed a JUDGMENT ORDER FOR FORFEITURE which has been GRANTED in the amount of $250, 170, 263. 93 on Jan 20, 2007 default, injustice, police misconduct, and judicial misconduct.

Mr. Dunlap has suffered a life threatening personal injury by officers and brings this civil action because jurisdictional territory under rights and laws is deprived.

WHEREFORE, Mr. Dunlap moves this court for a granted order and summary judgment to collect his 21 day violation of his rights and the laws because these parties and court failed to respond on Aug 30, 2007 to his filed civil actions an ignore his factual claims and evidence.

Respectfully yours,

William W. Dunlap
3906 E. Pikes Peak Ave.
Colorado Springs, CO 80909
719-646-7009